# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0026. KATHY D. COOTE v. OMAR COOTE.**

The Appellant in the above-styled case has filed a Court Rule 40(b) emergency motion entitled Motion For Extension Of Time To File Discretionary Application. Pursuant to OCGA sec. 5-3-39(a)(5) and (c), said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/11/2021*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*